**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 18−05645−hb                                Chapter: 13

**In re:**

Bennie Edward Jefferies

| Entered By The Court 05/02/19 | ORDER CONFIRMING PLAN AND RESOLVING MOTIONS | Filed By The Court 05/02/19 Laura A. Austin Clerk of Court US Bankruptcy Court |
|---|---|---|

It having been determined after notice and hearing that the plan filed by the debtor(s) on **02/11/2019,** as modified on **N/A,** complies with the provisions of Chapter 13 (11 U.S.C. § 1301 et seq.), and with all other applicable provisions of Title 11 of the United States Code and that all fees and charges to be paid before confirmation have been paid;

**IT IS ORDERED THAT:**

1. The plan is confirmed.

2. The debtor shall not incur indebtedness nor sell, encumber, or otherwise transfer any interest in estate property outside the ordinary course of business without approval of the court.

3. The court hereby values secured claims and voids liens as set forth in the confirmed plan or as established by separate order to the extent permitted by 11 U.S.C. § 506 (a), 506(d), § 1325(a), and applicable law.

4. Pursuant to 11 U.S.C. § 522(f)(1)(A) and/or (B), the court hereby finds that the security interests to be avoided as set forth in the confirmed plan or by separate order impair an exemption to which the debtor would otherwise be entitled under 11 U.S.C. § 522(b) and South Carolina Code § 15−41−30 and are, therefore, avoided.

**AND IT IS SO ORDERED.**

United States Bankruptcy Judge